# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STRATEGIC LEARNING, INC.,** | : | CIVIL ACTION NO. 1:05-CV-0467 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **THOMAS WENTZ and CORPORATE** | : | |
| **PERFORMANCE SYSTEMS,** | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 8th day of February, 2006, upon consideration of the pretrial and trial schedule in the above-captioned case (see Doc. 44), and it appearing that resolution of pending dispositive motions (see Docs. 15, 22, 24; see also Docs. 26, 38) constitutes good cause for a continuance of this schedule, see FED. R. CIV. P. 16(b), it is hereby ORDERED that:

1. The pretrial and trial schedule in the above-captioned case is POSTPONED pending disposition of the pending dispositive motions. (See Docs. 15, 22, 24.)

2. A revised pretrial and trial schedule will issue by future order of court.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge